

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

*Hal Goldsmith*
*Assistant United States Attorney*

*Thomas F. Eagleton U.S. Courthouse*   Telephone: (314) 539-2200
*111 S. 10th Street, Rm. 20.333*             Fax: (314) 539-2777
*St. Louis, MO 63102*

**FILED**
**JUN 02 2022**
**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

June 2, 2022

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO 63102

    Re:    **United States v. Jeffrey Boyd**
             **4:22-cr-00296 RWS/PLC**

Mr. Linhares:

    The indictment above returned by the United States Grand Jury in the above captioned case on May 25, 2022, was ordered suppressed pending the apprehension of the defendant named herein.

    We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

                                      Very truly yours,

                                      SAYLER A. FLEMING
                                      United States Attorney

                                      /s/ Hal Goldsmith
                                      HAL GOLDSMITH, #32984MO
                                      Assistant United States Attorney