UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff,   ) | |
| ) | Cause No.    4:22CR296 RWS/PLC |
| vs.   ) | |
| ) | |
| ) | |
| JEFFREY BOYD,   ) | |
|     Defendant.   ) | |
| ) | |

## MOTION TO WITHDRAW

Comes now Terence Niehoff #36151MO and requests of this Honorable Court leave to withdraw as retained counsel for defendant as the defendant will be retaining substitute counsel.

Respectfully submitted,

/s/ Terence Niehoff
Terence Niehoff #36151MO
Niehoff Peterson & Cortez, LLC.
818 Lafayette
St. Louis, MO 63104
314-621-4400

Certificate of Service
    I do hereby certify that a copy of the foregoing was served on all parties this 6th day of June, 2022, via the ECF filing system.

/s/ Terence Niehoff