UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:22 CR 296 RWS |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO TRAVEL

COMES NOW Law Office of Lenny Kagan, and respectfully requests permission from this Honorable Court for Defendant Boyd to travel on June 27, 2022, returning to this district on July 1, 2022.   Defendant had a family trip planned to Jackson, Mississippi with his wife and daughter.

The Pretrial Officer has been made aware of this request and has no objection.

The US Attorney in this matter has no objection.

Respectfully Submitted,

   /s/ Lenny Kagan
Lenny Kagan, #52284MO
7911 Forsyth Blvd., Suite 300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 (fax)
Attorney for Defendant
Lgkagan@hotmail.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically this 12th day of June 2022 with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

                 /s/ Lenny Kagan
                Lenny Kagan, #52284MO